IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| In the Matter of<br><br>Criminal Complaint for Elijah Chase Gorla<br>for violation of 18 U.S.C. § 922(k) | Docket No. 3:21-mj-165<br><br>*UNDER SEAL* |

## ORDER SEALING CRIMINAL COMPLAINT, AFFIDAVIT, ARREST WARRANT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Criminal Complaint, Affidavit, Arrest Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Criminal Complaint, Affidavit, Arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Robert.Gleason@usdoj.gov).

SO ORDERED this 8th day of July 2021.

Signed: July 8, 2021

David S. Cayer
United States Magistrate Judge